IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS LANE, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 13-0570-KD-C |
| SHERIFF SAM COCHRAN, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered this date adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that the complaint (Doc. 1) is dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and the amended complaint (Doc. 10) is dismissed without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). It is further **ORDERED** this action is hereby **DISMISSED** in its entirety.

    **DONE** this 14th day of July 2014.

                                  s/ Kristi K. DuBose
                                  KRISTI K. DuBOSE
                                  UNITED STATES DISTRICT COURT